# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2024

### NO. 03-23-00303-CV

**Lost Pines Groundwater Conservation District; Aqua Water Supply Corporation; City of Elgin; Environmental Stewardship; Recharge Water, LP; and Andy Wier, Appellants**

**v.**

**Lower Colorado River Authority, Appellee**

---

**APPEAL FROM 335TH DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
REVERSED AND RENDERED -- OPINION BY JUSTICE THEOFANIS;
CONCURRING OPINION BY CHIEF JUSTICE BYRNE, JOINED BY JUSTICE SMITH**

---

This is an appeal from the interlocutory order signed by the trial court on May 2, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment dismissing the Lower Colorado River Authority's suit for lack of jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.